# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
November 11, 2019

No. 18-40325

Lyle W. Cayce
Clerk

D.C. Docket No. 1:16-CV-297
D.C. Docket No. 1:17-CV-80



**Certified as a true copy and issued as the mandate on Dec 12, 2019**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**

AGGREKO, L.L.C.,

    Plaintiff

v.

CHARTIS SPECIALTY INSURANCE COMPANY, formerly known as AIG Specialty Insurance Company,

    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INDIAN HARBOR INSURANCE COMPANY,

    Plaintiff - Appellant Cross-Appellee

v.

THE GRAY INSURANCE COMPANY,

    Defendant - Appellee Cross-Appellant

Appeals from the United States District Court for the
Eastern District of Texas

Before JOLLY, COSTA, and ENGELHARDT, Circuit Judges.

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.